# Court of Appeals
# of the State of Georgia

ATLANTA,  November 25, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0727. NINA MATTHEWS v. MERBAUM LAW GROUP, P. C.

Merbaum Law Group, P. C. sued Nina Matthews to recover unpaid legal fees. The trial court granted summary judgment in Merbaum Law Group's favor, and we affirmed the ruling in an unpublished opinion. See Case Number A18A0545, decided June 19, 2018. Since then, the trial court has entered several orders in connection with post-judgment discovery, including a September 30, 2019 order granting a continuance and scheduling a hearing. On October 8, 2019, Matthews filed a notice of appeal from this and several other prior orders. On November 6, 2019, Matthews filed an amended notice of appeal purporting to appeal a subsequent order correcting a misnomer. We lack jurisdiction.

Pursuant to OCGA § 5-6-34 (a) (1), an appeal may be filed where the case is final and nothing remains pending in the trial court. Where post-judgment discovery proceedings remain pending, the case is not final. See *Cornelius v. Finley*, 204 Ga. App. 299, 300-301 (418 SE2d 815) (1992). Here, the trial court's scheduling order makes clear that the case remains pending below. In order to appeal the trial court's rulings, Matthews was thus required to comply with the interlocutory appeal procedure. See id.

Matthews' failure to file an interlocutory application deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See id.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/25/2019*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*